UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
STASON SUTTON, :
:
:
Plaintiff, :
: 25-CV-2182 (JMF)
-v- :
: ORDER
:
SHUYUANMEN LLC AND XI'AN FAMOUS FOODS, :
INC., :
:
Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This civil action commenced on March 17, 2025.  On April 25, 2025, Defendants filed a Notice of Appearance on the docket.  ECF No. 9.  So far, however, no proof of service on Defendants has been filed.  Plaintiffs are hereby directed to file proof of service on the docket **within three business days of this Order**.

      SO ORDERED.

Dated: May 23, 2025
       New York, New York        _____
                                                   JESSE M. FURMAN
                                         United States District Judge