# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 19, 2025

<u>Via ECF</u>
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

  **Re:** *Stason Sutton v. Shuyuanmen LLC and Xi'an Famous Foods, Inc.*

  **<u>Docket No. 1:25-cv-02182 (JMF)</u>**

Dear Judge Furman:

  We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the initial conference scheduled for July 1, 2025 to a date after August 1, 2025. This is the first application to adjourn this conference. The reason for this request is because the parties are scheduled to participate in a mediation, via the S.D.N.Y. mediation program, on July 29, 2025 and the parties desire to devote their time and efforts toward a resolution before commencing discovery. Thank you for your time and attention to this matter. With kindest regards, I am

            very truly yours,

            Glen H. Parker, Esq.

Application GRANTED. The initial pretrial conference scheduled for Jule 1, 2025 is hereby ADJOURNED until August 5, 2025, at 9:00 a.m. The Clerk of Court is directed to terminate ECF No. 16.

            SO ORDERED.

            June 20, 2025