# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

July 29, 2025

<u>Via ECF</u>
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

    **Re:**    *Stason Sutton v. Shuyuanmen LLC and Xi'an Famous Foods, Inc.*

    **<u>Docket No. 1:25-cv-02182 (JMF)</u>**

Dear Judge Furman:

    We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to adjourn the August 5, 2025 conference to date in September 2025. The reason for this request is because the parties originally had scheduled the SDNY Mediation to occur on July 29, 2025 but Defendants encountered a scheduling conflict that has caused the mediation to be rescheduled to August 2025. Accordingly, the parties respectfully ask the Court to adjourn the initial conference to September 2025 in Order to provide the parties with sufficient time to devote their efforts toward trying to resolve this action. This is the second application to adjourn this conference and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

                                  very truly yours,

                                  Glen H. Parker, Esq.

Application GRANTED. The initial pretrial conference scheduled for August 5, 2025, is hereby ADJOURNED until **September 9, 2025**, at **9:00 a.m**. The call-in information remains the same. The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

July 29, 2025