# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

September 4, 2025

Via ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

> **Re:**   *Stason Sutton v. Shuyuanmen LLC and Xi'an Famous Foods, Inc.*
>
> **Docket No. 1:25-cv-02182 (JMF)**

Dear Judge Furman:

We represent the plaintiff in the above-entitled action.  On behalf of all parties, we write to advise the Court that the parties have reached a resolution in principle and will now work on memorializing and effectuating the settlement agreement.  Accordingly, the parties respectfully ask the Court for a 60-day Order of dismissal.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.