UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

STASON SUTTON

Plaintiff,

v.

SHUYUANMEN LLC AND XI'AN FAMOUS FOODS, INC.

Defendants.

----------------------------------------------------------------------x

**Docket No. 1:25-cv-02182 (JMF)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: September 22, 2025
New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
Glen H. Parker, Esq.
Attorneys for Plaintiff
28 Valley Road, Suite 1
Montclair, New Jersey 07042
Tel 347-292-9042
ghp@parkerlawusa.com

**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**

By: _____
Mitchell S. Segal, Esq.
Law Offices of Mitchell S. Segal, P.C.
Attorneys for the Defendants
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030
msegal@segallegal.com
Ph - (516) 415-0100
Fx - (516) 706-6631

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

November 5, 2025